IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03124-RPM-MJW

TOPSCHOOL, INC.,

Plaintiff(s),

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion for Leave of Court for Representative Ezell Brown to Attend Settlement Conference by Phone, DN 16, filed with the Court on April 13, 2012, is DENIED.  The parties shall appear in person for the settlement conference set on May 8, 2012, at 1:30 p.m. in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

Date:  April 19, 2012