## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  October 11, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-03124-RPM

TOPSCHOOL, INC.,                                            David A. Tonini
                                                            Randall H. Miller
        Plaintiff,

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.,                Joseph G. Webb

        Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**1:30 p.m.        Court in session.**

Court's preliminary remarks and its comments regarding the current status of the case.

Counsel state their respective positions on the current status of the case.

Argument by Mr. Tonini [33].

**ORDERED:    Plaintiff's Motion to Compel [33], is denied.**

**Court instructs counsel to confer to develop and submit a proposed supplemental scheduling order.**

**1:45 p.m.        Court in recess.**

Hearing concluded.  Total time: 15 min.