IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Case No. 11-cv-03124-RPM

TOPSCHOOL, INC.,

    Plaintiff,

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.

    Defendant.

_____

**ORDER GRANTING JOINT MOTION TO ENTER A SUPPLEMENTAL SCHEDULING ORDER**
_____

Upon review of the JOINT MOTION TO ENTER A SUPPLEMENTAL SCHEDULING ORDER, it is

ORDERED that the motion is granted. The following sections of the Scheduling Order shall be modified as set forth below:

Section 7.b. Discovery Cut-Off: March 30, 2013.

Section 7.c. Dispositive Motions Deadline: April 30, 2013.

Section 7.d.(3) Fed.R.Civ.P. 26(a)(2) Deadline: February 28, 2013.

Section 7.d.(4) Contradicting Fed.R.Civ.P. 26(a)(2): March 14, 2013.

Dated: February 7, 2013.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge