IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03124-RPM

TOPSCHOOL, INC.,

      Plaintiff,
v.

EDUCATION ONLINE SERVICES CORPORATION, INC.,

      Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      The Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **August 2, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on July 25, 2013.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

      Dated:   June 21st, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge