IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03124-RPM

TOPSCHOOL, INC.,

    Plaintiff,

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.,

    Defendant.

---

ORDER FOR STAY

---

    Upon review of the Joint Motion to Vacate Trial and to Stay Case to Effectuate Settlement [55] filed today, it is

    ORDERED that the motion is granted.

    Dated:   September 5, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge