UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Case No. 11-cv-03124-RPM

TOPSCHOOL, INC.,

    Plaintiff,

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.
EZELL BROWN,

    Defendants.

_____

## ORDER FOR ENTRY OF JUDGMENT
_____

Pursuant to the Stipulated Confession of Judgment and Motion for Entry of Judgment, including the confession of judgment by Ezell Brown, formerly not a party to this civil action, it is

ORDERED that the Clerk shall enter judgment for the Plaintiff Topschool, Inc., and against the defendants Education Online Services Corporation, Inc., and Ezell Brown, jointly and severally, in the amount of $353,009.28, plus post-judgment interest at 0.11% as provided in 28 U.S.C. § 1961.

DATED this 6th of November, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge