UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Case No. 11-cv-03124-RPM

TOPSCHOOL, INC.,

    Plaintiff,

v.

EDUCATION ONLINE SERVICES CORPORATION, INC.
EZELL BROWN,

    Defendants.

_____

# JUDGMENT
_____

Pursuant to the Order for Entry of Judgment entered by Senior District Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED judgment is entered for the Plaintiff Topschool, Inc., and against the defendants Education Online Services Corporation, Inc., and Ezell Brown, jointly and severally, in the amount of $353,009.28, plus post-judgment interest at 0.11% as provided in 28 U.S.C. § 1961.

DATED this 6th of November, 2013

    FOR THE COURT:

    JEFFREY P. COLWELL, Clerk

      s/M. V. Wentz
By_____
      Deputy